B6D (Official Form 6D) (12/07)

In re **Cynthia Cole Wiley-Smith**                                                        Case No. **15-60136**
                                                                                                              (if known)

## *AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**National Educational Music**<br>**PO Box 1130**<br>**1181 Route 22**<br>**Mountainside, NJ 07092** | | W | DATE INCURRED: **2014**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**Clarinet**<br>REMARKS:<br><br>VALUE: $1,308.00 | | | | $1,308.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | **Subtotal (Total of this Page) >** | | | | **$1,308.00** | **$0.00** |
| | | | **Total (Use only on last page) >** | | | | **$1,308.00** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Cynthia Cole Wiley-Smith**            Case No. **15-60136**
                                                                                                                                          (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **3**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **5/4/2015**                                       Signature **/s/ Cynthia Cole Wiley-Smith**
                                                                                                     *Cynthia Cole Wiley-Smith*

Date                                                  Signature

                                                                      [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*