**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 03/04/2016 # of months: 1.5 |
|---|---|---|---|
| **CYNTHIA COLE WILEY-SMITH** | **15-60136** | **02/23/2016** | **$1,408.00** |

## TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned **has defaulted in making payments matured under the confirmed plan. In additon, the debtor has failed to provide for secured claim #13 filed by Wells Fargo Bank in the amount of $2,290.77 for pre-petition mortgage arrearage. The debtor will need to amend her plan accordingly or object to the claim**.

**PLEASE TAKE NOTICE** that on **April 28, 2016** at **9:30 A.M.**, in U. S. Courthouse, 1101 Court Street, Lynchburg, VA 24504-the Trustee will present and argue the foregoing Petition to Dismiss .

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above***.

I hereby certify that on March 04, 2016, copies of this Petition and Notice have been mailed to, Debtor, CYNTHIA COLE WILEY-SMITH, 310 QUAIL MEADOWS DRIVE, FOREST, VA  24551, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin
Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13 .net